AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Barbara Scott | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:13-CV-1002 [FJS/CFH] |
| COMENITY BANK, LLC/LANE BRYANT RETAIL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMENITY BANK, LLC/LANE BRYANT RETAIL
P.O. Box 182789
Columbus, Ohio

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Fredrick Schulman & Associates
30 East 29th Street
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 8/19/2013

s/ Sue Potter

*Signature of Clerk or Deputy Clerk*