# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

*Barbara Scott*,

                                                            Plaintiff,

                                                  Civil Action: 1:13-CV-1002 (FJS/CFH)

     vs.

Comenity Bank, LLC/Lane Bryant Retail;
Experian Information Solutions, Inc.

                                                  Defendants.

_____

APPEARANCES:

                                                 OF COUNSEL:

FOR PLAINTIFF

Frederick Schulman and Associates             Frederick Schulman, Esq.
30 East 29th Street
New York, New York 10016

FOR DEFENDANTS:

Ballard, Spahr Law Firm                            Justin A. Angelo, Esq.
425 Park Avenue
New York, New York 10022

Jones, Day Law Firm                                 Anja P. Havedal-Ipp, Esq.
222 East 41st Street
New York, New York 10017-6702

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

     The parties have entered into an agreement in settlement of all claims in this action, and upon finalizing that agreement, this action will be discontinued by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, it is no longer necessary for this action to remain on the court's

active docket.

It is therefore hereby

**ORDERED that**

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within two months from the date of this order upon good cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: February 4, 2014
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge